**Dismissed; Opinion Filed August 16, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00572-CV

## IN THE INTEREST OF M.E.S. AND R.T.S., MINOR CHILDREN

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-0146**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. By postcard dated June 26, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor has he corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190572F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.E.S. AND
R.T.S., MINOR CHILDREN

No. 05-19-00572-CV        V.

On Appeal from the 439th Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 1-17-0146.
Opinion delivered by Justice Carlyle,
Justices Myers and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Kimberly Anne Schloemer recover her costs, if any, of this appeal from appellant Erich Lee Schloemer.

Judgment entered this 16th day of August, 2019.